## RAY v. STATE (2 cases).
### Nos. 14898, 14900.

Court of Criminal Appeals of Texas
Nov. 4, 1931.

Rehearing Denied Dec. 23, 1931.

C. E. Florence, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for forgery; punishment, two years in the penitentiary.

The record contains neither statement of facts nor bills of exception. In this condition, nothing is presented for review.

The judgment is affirmed.

## Claude RAY v. STATE.
### No. 14899.

Court of Criminal Appeals of Texas.
Nov. 4, 1931.

Rehearing Denied Dec. 23, 1931.

C. E. Florence, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for forgery; punishment, two years in the penitentiary.

The record is before us without any statement of facts or bills of exception. The indictment, judgment, and sentence appear to be in conformity with law.

No error appearing, the judgment will be affirmed.